UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CROWN CASTLE USA INC., a Pennsylvania corporation,

Plaintiff,

v.

UNLIMITED COMMUNICATIONS, INC., a California corporation; and CHRISTOPHER HERR, an individual,

Defendants.

Case No. 3:25-CV-10949-TSH

**~~[PROPOSED]~~ ORDER GRANTING STIPULATION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**

On July 24, 2026, Plaintiff Crown Castle USA Inc. ("Crown Castle USA"), on the one hand, and defendants Unlimited Communications, Inc. ("UCI") and Christopher Herr (himself, "Herr," and together with UCI, "Defendants"; Crown Castle USA and Defendants, collectively, the "Parties"), on the other hand, jointly submitted a stipulation and request that this action be transferred to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1404(a) ("Stipulation," Docket No. ).

Having considered the Parties' Stipulation and good cause appearing, the Court orders as follows:

1. The Stipulation is GRANTED;
2. Pursuant to the Parties' Stipulation, this action shall be transferred to the United States District Court for the Western District of Pennsylvania;
3. The dates and deadlines in this case are vacated; and
4. The Clerk is directed to transfer the above-captioned case, including all relevant pleadings and papers, to the United States District Court for the Western District of Pennsylvania.

IT IS SO ORDERED.

DATED: July 24, 2026

Honorable Thomas S. Hixson
United States Magistrate Judge